# EXHIBIT A

Itemization for Bill of Costs

The following itemization is provided in relation to the Bill of Costs:

1. Fees of the Clerk:
   a. Filing fee of $405
2. Fees for Service of Summons and Subpoena
   a. Cost to have Defendant served with Summons – $157.58
3. Fees for Witnesses
   a. Sun Hong Li appearing remotely on 2/11/2025 - $40
   b. Fanny Guo appearing remotely on 2/11/2025 - $40
4. Costs of Interpreters . . .
   a. Bo Huang, Mandarin interpreter on 2/11/2025 - $650